**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ROGER HULL, | ) | 3:12-CV-0512-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 21, 2013 |
| STATE OF NEVADA, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of Natalie Garvin, who is no longer an employee of the Nevada Department of Corrections (#31). However, the Attorney General has filed the last known address of Natalie Garvin *under seal* (#30). Plaintiff's motion to effect service on Natalie Garvin (#32) is **GRANTED**.

The Clerk shall **ISSUE** a summons for **Natalie Garvin** and send the same to the U.S. Marshal with the address provided under seal (#30). The Clerk shall **SEND** to plaintiff one USM-285 form, one copy of the second amended complaint (#28), and one copy of this order for the defendant. Plaintiff shall have until **Friday, November 8, 2013** to complete the USM-285 service form and return it along with the other documents to the U.S. Marshal for service.

If plaintiff fails to follow this order, defendant Natalie Garvin will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk